UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
::
RAIESH RAMPERSAD,                                   :      04 CV 2230 (ARR)
                                                    :
                    Plaintiff,                      :      <u>NOT FOR</u>
                                                    :      <u>PUBLICATION</u>
    -against-                                       :
                                                    :      <u>OPINION AND ORDER</u>
THE INSURANCE COMPANY OF THE STATE OF               :
PENNSYLVANIA, as insurer for ALI CHERIF,            :
                                                    :
                    Defendant.                      X

-------------------------------------------------------------------

ROSS, United States District Judge:

      Trial in the above-captioned matter is hereby scheduled for June 20-21, 2005. As the court anticipates hearing the testimony of all witnesses in the case during that two day period, the witnesses should be available to testify on those dates. Counsel for both parties is directed to submit bound exhibit volumes two weeks in advance of the trial, and the parties are also directed to prepare and submit proposed findings of fact and conclusions of law.

      SO ORDERED.

                                                       _____
                                                       Allyne R. Ross
                                                       United States District Judge

Dated: April 26, 2005
      Brooklyn, New York

1

SERVICE LIST:

<u>Attorney for Plaintiff</u>
Frank A. Polacco
Bonogiorno Law Firm
250 Mineola Boulevard
Mineola, NY 11501

<u>Attorney for Defendant</u>
Stephanie M. Holzback
White Fleischner & Fino, LLP
140 Broadway - 36th Floor
New York, NY 10005